UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SHARON JOYNER, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

TEAMI LLC,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:23-cv-00561

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Sharon Joyner hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Teami LLC.

DATED: April 27, 2023        **MIZRAHI KROUB LLP**

                                                  /s/ Edward Y. Kroub
                                                    EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*